UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DARRYL TYLER                                                                                          PETITIONER
Reg #60659-053

V.                                              No. 2:23-CV-38-JM-JTR

C. GARRETT, Warden,
FCI-Forrest City                                                                                      RESPONDENT

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray. After careful consideration of the Recommendation and the timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Petitioner Darryl Tyler's petition for writ of habeas corpus (*Doc. 1*) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 28th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE