UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DARRYL TYLER                                                                                    PETITIONER
Reg #60659-053

V.                                         No. 2:23-CV-38-JM-JTR

C. GARRETT, Warden,
FCI-Forrest City                                                                                RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 28th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE